IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ERIE COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION<br><br>This Document Relates to:<br>All Cases | Master Docket Misc. No. 1:21-mc-00001<br><br>MDL No. 2969 |

## [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR RE-APPOINTMENT TO LEADERSHIP POSITIONS

AND NOW, this 26th day of May, 2022, in consideration of Plaintiffs' Motion for Re-Appointment to Leadership Positions, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED, nunc pro tunc to April 30, 2022.

Plaintiffs' leadership appointments are hereby RENEWED as to the following appointments, effective as of April 30, 2022:

a. **Co-Lead Counsel**: Kelly Iverson of Lynch Carpenter, LLP and Adam M. Moskowitz of The Moskowitz Law Firm PLLC;

b. **Liaison Counsel**: George L. Stewart of Reed Smith, LLP; and

c. **Plaintiffs' Steering Committee**: Richard Golomb of Golomb Spirt Grunfeld PC, John "Jack" Goodrich of Goodrich & Associates, P.C., and William F. "Chip" Merlin, Jr. of Merlin Law Group.

The appointments are made for a one-year period and will expire on April 30, 2023, unless extended by further Order. Counsel may apply for a new appointment term by submitting an application or motion thirty (30) days prior to the expiration date.

Mark R. Hornak
Chief United States District Judge