**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ERIE COVID-19 BUSINESS INTERRUPTION PROTECTION INSURANCE LITIGATION ) ) ) ) | Master Docket Misc. No. 1:21-mc-00001 |
| This Document Relates to: ) All Cases ) ) | MDL No. 2969 |

**ORDER**

AND NOW, on this 14th day of October, 2022, the Court enters the following Order: The Defendants filed a Motion to Dismiss (ECF No. 238) Counts One, Two, Three, and Four of the Plaintiffs' Consolidated Amended Complaint ("CAC") (ECF No. 228). For the reasons stated in this Court's Opinion of this date, Counts One, Two, Three, and Four of the Plaintiffs' CAC are DISMISSED with prejudice. Counsel shall confer and file a Joint Status Report on or before November 3, 2022 setting forth the parties' proposals as to the conduct of further proceedings in this matter.

s/ Mark R. Hornak<br>
Mark R. Hornak<br>
Chief United States District Judge

Dated:  October 14, 2022